NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5131

JAMES R. THOMPSON,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 06-CV-211, Judge Lawrence J. Block.

ON MOTION

ORDER

The parties move jointly to dismiss this appeal.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Thomas R. Helfand, Esq.
       Arthur Catterall, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK

ISSUED AS A MANDATE:    DEC 1 8 2009

---

[*]    The parties request that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.